CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

February 18, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26cr00008 |
| v. | Violation: 21 U.S.C. §§ 841, 846 |
| BRITI NOEL JOHNSON (AKA BRITIA JOHNSON) | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. On or about and between August 2024 and August 2025, in the Western District of Virginia and elsewhere, BRITI NOEL JOHNSON and others knowingly and intentionally conspired to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 851.

DATE: February 18, 2026

*Robert Tracci by PDS*
ROBERT N. TRACCI
Acting United States Attorney

*Matthew Miller by PDS*
MATTHEW M. MILLER
Executive Assistant United States Attorney